■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHAN LEWIS, Appellant. [648 NYS2d 986] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 13, 1993 (*People v Lewis,* 196 AD2d 833), affirming a judgment of the County Court, Nassau County, rendered June 1, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Rosenblatt, J. P., Miller, Santucci, and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AGAPITO LOPEZ, Appellant. [648 NYS2d 958] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 18, 1990 (*People v Lopez,* 162 AD2d 621), affirming (1) a judgment of the Supreme Court, Kings County, rendered May 28, 1987, under Indictment No. 5910/85 and (2) a judgment of the same court, also rendered May 28, 1987, as amended March 30, 1988, under Indictment No. 6141/85.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Miller and Thompson, JJ., concur.